**Affirmed and Opinion Filed January 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01416-CR
### No. 05-16-01417-CR

**SUSAN GAY PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82407-2014, 380-82408-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Brown
Opinion by Chief Justice Wright

Susan Gay Pruitt waived a jury trial and pleaded guilty to money laundering and theft of property valued more than $200,000. After finding appellant guilty, the trial court assessed punishment at twenty-two years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro

se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


Do Not Publish
TEX. R. APP. P. 47
161416F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SUSAN GAY PRUITT, Appellant

No. 05-16-01416-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-82407-2014.
Opinion delivered by Chief Justice Wright.
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered January 31, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SUSAN GAY PRUITT, Appellant

No. 05-16-01417-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-82408-2014.
Opinion delivered by Chief Justice Wright. Justices Myers and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered January 31, 2018.